JENNIFER CLARK
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
E-mail: Jennifer.Clark2@usdoj.gov



ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KALYNN MARIE MOSKALOFF, <br><br> Defendant. | CR 21- 23 -M- DWM  <br><br> **INDICTMENT** <br><br> **CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE METHAMPHETAMINE** <br> Title 21 U.S.C. § 846 <br> (Count I) <br> (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) <br><br> **POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE** <br> Title 21 U.S.C. § 841(a)(1) <br> (Count II) <br> (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |

1

|   | POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME<br>Title 18 U.S.C. § 924(c)(1)(A)(i)<br>(Count III)<br>(Penalty: Mandatory minimum five years to life imprisonment, consecutive to any other sentence, $250,000 fine, and five years supervised release)<br><br>FORFEITURE<br>Title 21 U.S.C. §§ 853(a)(1) and (2) and 881<br>Title 18 U.S.C. § 924(d)<br><br>TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

COUNT I

Beginning on or about January 2020 and continuing until on or about April 2021, in Flathead County, and elsewhere in the State and District of Montana, the defendant, KALYNN MARIE MOSKALOFF, knowingly and unlawfully conspired with others, both known and unknown to the Grand Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 500 grams or more of a substance containing a detectable amount of methamphetamine, a Scheduled II controlled substance, in violation of 21 U.S.C. § 846.

COUNT II

Beginning on or about January 2020 and continuing until on or about April

2021, in Flathead County, and elsewhere, in the State and District of Montana, the defendant, KALYNN MARIE MOSKALOFF, knowingly and unlawfully possessed with the intent to distribute, 500 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT III

That in or about January 2020 and continuing until in or about April 2021, in Flathead County, and elsewhere, in the State and District of Montana, the defendant, KALYNN MARIE MOSKALOFF, did knowingly possess a firearm in furtherance of a drug trafficking crime for which she may be prosecuted in a court of the United States, namely conspiracy to possess with the intent to distribute controlled substances and possession with intent to distribute controlled substances, as alleged in counts I and II above, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION

Upon conviction of either of the offenses set forth in counts I and II of this indictment, the defendant, KALYNN MARIE MOSKALOFF, shall forfeit, pursuant to 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the

commission of, said offense; and (3) any firearm used and intended to be used to facilitate the transportation, sale, receipt, possession, and concealment of controlled substances and any proceeds traceable to such property.

Upon conviction of the offense listed in count III of this indictment, the defendant, KALYNN MARIE MOSKALOFF, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved and used in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
LEIF M. JOHNSON
Acting United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney