IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–23–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| KALYNN MARIE MOSKALOFF, | |
| Defendant. | |

THIS matter comes before the Court on the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 29.) Defendant Kalynn Marie Moskaloff appeared before the Court on September 17, 2021 and entered a plea of guilty to the indictment. She also admitted the forfeiture allegation. Moskaloff's plea provides a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 881 and 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED:

THAT the United States' motion (Doc. 29) is GRANTED;

THAT Defendant Moskaloff's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a)(1) and (2) and 881 and 18 U.S.C. § 924(d):

- Jennings Bryco 59 9mm semi-automatic pistol, SN 855904 with magazine

1

- Ruger EC9S 9mm pistol, SN obliterated with magazine
- Keltec K56 12-gauge shotgun, SN XXQD20
- $2,319.00 U.S. currency
- Astra .25 Cal. Pistol, SN 728521 with magazine
- Glock 20 10 mm Pistol, SN BKVU624 (SN partially obliterated) with 2 magazines
- Smith and Wesson Model 629 Classic .44 Cal. Revolver, SN BKR7002

THAT the United States Marshal's Service, the Federal Bureau of Investigations, and/or a designated sub-custodian, are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 881 and 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will

enter a Final Order of Forfeiture.

DATED this 30th day of September, 2021.

_____
Donald W. Molloy, District Judge
United States District Court