IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. KALYNN MARIE MOSKALOFF, Defendant. | CR 21–23–M–DWM ORDER |

This matter comes before the Court on the United States' unopposed motion for final order of forfeiture. (Doc. 35.) Having reviewed the motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 881 and 18 U.S.C. § 924(d).

2. A Preliminary Order of Forfeiture was entered on September 30, 2021. (Doc. 31.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 32.)

4. Brandon Wade Miller filed a claim for the Glock 20 10 mm Pistol, SN BKVU624 (SN partially obliterated) with 2 magazines on December 10, 2021. (Doc. 33.) The United States agrees that Brandon Wade Miller's petition should

1

be granted and the Glock, Model 30, .45 Cal., SN ZPF823 with magazine should be returned to him.

    5.    It appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853(a)(1) and (2) and 881 and 18 U.S.C. § 924(d).

It is therefore ORDERED, DECREED AND ADJUDGED that:

    1.    The motion for final order of forfeiture (Doc. 35) is GRANTED.

    2.    Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 881 and 18 U.S.C. § 924(d), free from the claims of any other party, the following property:

- Jennings Bryco 59 9mm semi-automatic pistol, SN 855904 with magazine;
- Ruger EC9S 9mm pistol, SN obliterated with magazine;
- Keltec K56 12-gauge shotgun, SN XXQD20;
- $2,319.00 U.S. currency;
- Astra .25 Cal. Pistol, SN 728521 with magazine;
- Glock 20 10 mm Pistol, SN BKVU624 (SN partially obliterated) with 2 magazines; and
- Smith and Wesson Model 629 Classic .44 Cal. Revolver, SN BKR7002.

    3.    Pursuant to the petition filed by Brandon Wade Miller on December 10, 2021, (Doc. 33), and agreement by the government, the United

States is directed to return the Glock 20 10 mm Pistol, SN BKVU624 (SN partially obliterated) with 2 magazines to Brandon Wade Miller. The January 14, 2022 hearing on Miller's petition, (*see* Doc. 34), is VACATED.

4. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 11th day of January, 2022.

Donald W. Molloy, District Judge
United States District Court